C. L. RAINES, Appellant,

v.

The STATE of Texas, Appellee.

No. 27047.

Court of Criminal Appeals of Texas.

June 23, 1954.

Rehearing Denied Oct. 20, 1954.

was approved by them on a date unknown to appellant, but within two weeks from February 23, 1954, and was thereupon immediately delivered to the Clerk of the Trial Court, with a request that it be filed."

If counsel can secure a supplemental transcript supporting their assertion that the statement of facts was, in fact, delivered to the clerk in time for filing, they should do so.

Appellant's motion for rehearing is overruled.

---

W. J. Duke, Albert Reagan, Dallas, for appellant.

Charles S. Potts, Asst. Dist. Atty., Dallas, Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

The conviction is for felony theft; the punishment, four years in the penitentiary.

Notice of appeal was given on February 10, 1954, and the statement of facts found in the record was not filed in the trial court until May 14, 1954.

Not having been filed within the time allowed by law, we are not authorized to consider the statement of facts or the informal bills therein, and nothing is otherwise presented for review.

The judgment is affirmed.

On Motion For Rehearing

MORRISON, Judge.

Appellant's attorneys have filed an affidavit in which they state that they delivered the statement of facts herein "to counsel for the State for approval and that it